IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
     v.                       )         2:26cr264-MHT
                              )            (WO)
OMAR ROMERO-ARAUJO            )
```

ORDER

This cause is before the court on the unopposed motion to continue trial filed by defendant Omar Romero-Araujo. Based on the representations made in the motion and those made on the record during the status conference on July 23, 2026, the court finds that jury selection and trial, now set for September 14, 2026, should be continued pursuant to 18 U.S.C. § 3161(h)(7)(A).

While the granting of a continuance is left to the sound discretion of the trial judge, *see United States v. Stitzer*, 785 F.2d 1506, 1516 (11th Cir. 1986), the

court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

"In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

§ 3161(c)(1). The Act excludes from the 70-day period any period of delay stemming from a continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(7)(A). In granting a continuance under subsection (h)(7)(A), the court may consider, among other factors, whether the failure to grant the continuance "would be likely to ... result in a miscarriage of justice," § 3161(h)(7)(B)(i), or "would deny counsel for the defendant or the attorney for the Government the

reasonable time necessary for effective preparation, taking into account the exercise of due diligence," § 3161(h)(7)(B)(iv).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interests of the public and Romero-Araujo in a speedy trial. Romero-Araujo seeks a continuance to the next trial term to allow his attorney sufficient time to obtain documents relevant to his defense. Because these documents are old and located out of state, counsel needs additional time to obtain them. There is no indication that defense counsel has not exercised due diligence. The court finds that additional time is necessary to ensure that defense counsel has the reasonable time necessary for effective preparation. Also, as noted earlier, the government does not oppose the motion.

***

Accordingly, it is ORDERED as follows:

(1) The unopposed motion to continue trial (Doc. 25) is granted.

(2) The jury selection and trial, now set for September 14, 2026, are continued to October 5, 2026, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Magistrate Judge shall reset the deadline for changes of plea and other pretrial deadlines if appropriate.

DONE, this the 23rd day of July, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE